UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/14/2021

UMAR ALLI,

                Plaintiff,

-against-

E.S.U. OFFICER SYLLA (#4945); E.S.U. OFFICER LEWIS (#8106); E.S.U. OFFICER GALUEZVSKIY (#8957); E.S.U. CAPT. MOISE (#1451); C.O. FERRARO (#1805); CITY OF NEW YORK; CHIEF JENNINGS,

                Defendants.

21-CV-4866 (ALC)

ORDER OF SERVICE

ANDREW L. CARTER, JR., United States District Judge:

      Plaintiff, currently incarcerated in the North Infirmary Command on Rikers Island, brings this *pro se* action under 42 U.S.C. § 1983. He alleges, among other things, that on August 31, 2020, one or more members of the Emergency Service Unit at the Manhattan Detention Complex (MDC) 9-South assaulted him. By order dated June 2, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*.[1]

      Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of this order, Defendants must serve responses to those standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.

2

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants City of New York, Chief Hazel Jennings, and MDC Emergency Services Unit Officers Sylla (#4945), Lewis (#8106), Galuezvskiy (#8957), Moise (#1451), and Ferraro (#1805) waive service of summons. Local Civil Rule 33.2 applies to this action. The Clerk of Court is further directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   June 14, 2021
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge