UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UMAR ALLI,

                             Plaintiff,                        21-CV-04866 (ALC)(SN)

        -against-                                        **ORDER**

E.S.U. OFFICER SYLLA, et al.,

                             Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On December 12, 2022, and January 17, 2023, Plaintiff filed letter motions to compel Defendants to respond to the request for documents and interrogatories he allegedly submitted on September 5, 2022, and "order them to furnish the deposition changes" he requested. ECF No. 50 at 4. See also ECF No. 55. He also requested an hour "to view and navigate…each video of [the] incident including but not limited to the hand-held video." ECF No. 50 at 3. Finally, in light of these requests, he requested that the summary judgment briefing schedule set on November 2, 2022, be vacated. ECF No. 50.

        To the extent Plaintiff seeks to reopen discovery, his request is DENIED. Discovery closed on September 23, 2022. While Plaintiff claims to have served his request for documents and interrogatories on September 5, 2022, ECF No. 55, Ex. 1, Defendants never received them, and Plaintiff failed to cure this deficiency after it was made known to him at the parties' September 16, 2022, and October 7, 2022 meetings, ECF No. 52. Moreover, Defendants complied with their obligations under Local Civil Rule 32.2, which covers many of Plaintiff's discovery requests. In response to Plaintiff's December 12, 2022 letter, Defendants provided the

Court with the errata sheet of Plaintiff's requested changes. ECF 52, Ex. 1. Any further application with respect to the errata sheet is DENIED.

Defendants represent that Plaintiff viewed the video of the incident on August 25, 2022. No further relief on this issue is warranted.

Because the Court prefers to decide issues on the merits, Plaintiff is granted one final extension to respond to Defendants' motion for summary judgment. Plaintiff may file any opposition by February 21, 2023, and Defendants may file any further reply by February 28, 2023. No further extensions will be granted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 23, 2023
         New York, New York