**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UMAR ALLI,

                    Plaintiff,

    -against-                                  21 **CIVIL** 4866 (ALC)(SN)

                                                          **JUDGMENT**

CITY OF NEW YORK, et al.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2023, Defendants' Motion to Dismiss, ECF No. 45, is **GRANTED** in full; accordingly, the case is closed.

**Dated:** New York, New York

      September 29, 2023

                                                           **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                         **BY:**    *K. Mango*

                                                           **Deputy Clerk**